UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CRAMER,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN JENKINS, et al.<br><br>　　　　　　　　Defendant. | Case No. 2:23-cv-04659-SSS-E<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED** that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) the Complaint is dismissed with leave to amend; and (3) Plaintiff may file a First Amended Complaint within thirty (30) days of the date of this Order.

1  **IT IS FURTHER ORDERED** that the Clerk serve forthwith a copy of
2  this Order on Plaintiff.
3        **IT IS SO ORDERED.**
4
5  DATED: November 29, 2023
6                                  SUNSHINE S. SYKES
                                United States District Judge