JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID CRAMER, | ) | NO. CV 23-4659-SSS(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| WARDEN JENKINS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.


DATED: February 8, 2024.


_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE